UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03754-WJM-KLM

AMBER ZAMORA,

        Plaintiff,

    v.

COLORADO HOSPITALITY SERVICES, INC.,

        Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of

this action with prejudice, each party to bear her or its own fees and costs related to this action.

Dated: July 14, 2022

By:

| | |
|---|---|
| */s/ Shelby Woods* | */s/ Veronica Hunter* |
| Claire E. Hunter | Veronica Hunter |
| Shelby Woods | 950 17th Street, Suite 2600 |
| HKM Employment Attorneys LLP | Denver, Colorado 80202 |
| 730 17th Street, Suite 750 | Telephone: (303) 892-0404 |
| Denver, Colorado 80202 | Facsimile: (303) 892-5575 |
| Telephone: (720) 668-8969 | Veronica.hunter@jacksonlewis.com |
| chunter@hkm.com | ***Attorneys for Defendant*** |
| swoods@hkm.com | |
| ***Attorneys for Plaintiff*** | |

1

## CERTIFICATE OF SERVICE

        I hereby certify that on this 14th day of July 2022, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed with the Court and served via CM/ECF on the following:

Veronica T. Hunter
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
Veronica.Hunter@jacksonlewis.com
*Attorneys for Defendant Colorado Hospitality Services, Inc.*

                                            */s/ Jen Kern*_____
                                            Jen Kern, Paralegal